FILED: October 25, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-6707
(5:09-ct-03020-FL)

_____

LACY LEE WILLIAMS

        Plaintiff - Appellant

v.

C. SANDERS, Head of Detention and Administration; CAPTAIN WILLIAMS; CAPTAIN TEASLEY; LIEUTENANT SCARBOROUGH; LIEUTENANT MCCRAE; LIEUTENANT MEREDITH; LIEUTENANT LOCKLEAR; CAPTAIN ALFORD; SERGEANT CHAMPION; LIEUTENANT BURT; SERGEANT LUCAS; SERGEANT BRYANT; SERGEANT GETHERS; SERGEANT JONES; MR. CLARK; F. GUNTER

        Defendants - Appellees

_____

O R D E R

_____

The Court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

*/s/Patricia S. Connor, Clerk*